An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT LLOYD MELLO,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK,
Respondent.

No. 69192

**FILED**

DEC 17 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK



### ORDER DENYING PETITION

This is a pro se petition for a writ of mandamus. Petitioner seeks an order compelling the district court to order the State to file an answer to his postconviction petition for a writ of habeas corpus.[1] We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160. We are confident that the district court will process and consider all pending matters as expeditiously as the court's calendar permits. Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

---

[1]Petitioner is correct that the loss of statutory good time credits at a prison disciplinary hearing may be brought as a challenge to the computation of time served pursuant to NRS 34.724(2)(c).

SUPREME COURT
OF
NEVADA

(O) 1947A

15-38670

cc:    Hon. Joe Hardy, District Judge
Robert Lloyd Mello
Attorney General/Carson City
Eighth District Court Clerk